AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia



RECEIVED

SEP 2 8 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | |
|---|---|
| Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. *1:12cv1093* |
| ISO Mechanical, Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ISO Mechanical, Inc.
d/b/a All Ohio Sheet Metal & Mechanical
57 Klema Drive
Reynoldsburg, OH 43068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth A. Coleman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
Philadelphia, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: _____          _____
*Signature of Clerk or Deputy Clerk*